U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT - 3 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| LARRY THOMAS, JR.<br>LA. DOC #452223 | CIVIL ACTION NO. 5:12-cv-2207 |
| versus | SECTION P<br>JUDGE TOM STAGG |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and considering the objections to the Report and Recommendation and Supplemental Report and Recommendation,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period imposed by the provisions of 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 3rd day of October, 2013.

_____
JUDGE TOM STAGG